# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JOHN AARON KNOX**                                                           **PLAINTIFF**

**v.**                            **CASE NO. 2:14CV00100 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                            **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere has been reviewed. No objection has been filed. After careful consideration, the RD is hereby approved and adopted in all respects.

IT IS THEREFORE ORDERED that:

1       The commissioner's decision is reversed and this case is remanded for the ALJ to obtain additional vocational evidence and resolve the conflict between plaintiff's reaching limitations and the reaching requirements for cashier II. Vocational evidence may be obtained through hearing testimony or written interrogatories of a vocational expert. Using such evidence, the ALJ should reconsider whether work exists that plaintiff can do.

2       The clerk is directed to immediately remand this case to the ALJ along with a copy of the RD.

IT IS SO ORDERED this 30th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE