IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN AARON KNOX                                                                          PLAINTIFF

v.                                    CASE NO. 2:14CV00100 BSM

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Consistent with the order filed on this day, judgment is hereby entered for plaintiff John Knox. The commissioner's decision is reversed and this case is remanded pursuant to "sentence four."

DATED this 30th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE